AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-cv-8910 |
| Reggio's Pizza, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Equal Employment Opportunity Commission .

Date: 09/26/2024

s/ Justin Mulaire
*Attorney's signature*

Justin Mulaire (IL Bar No. 6288437)
*Printed name and bar number*

U.S. Equal Employment Opportunity Commission
230 S. Dearborn St., Ste. 2920
Chicago, IL  60604
*Address*

justin.mulaire@eeoc.gov
*E-mail address*

(312) 872-9666
*Telephone number*

*FAX number*