U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form
_____

Case Title: U.S. Equal Employment Opportunity Commission v.  Case Number: 1:24-cv-08910

An appearance is hereby filed by the undersigned as attorney for:

Reggio's Pizza, Inc., Defendant

Attorney name (type or print): R Delacy Peters, Jr.

Firm: R Delacy Peters, Jr., Esq.

Street address: 200 North Green Street

City/State/Zip: Chicago, Illinois 60607

Bar ID Number: 6202429
(See item 3 in instructions)

Telephone Number: 312 871-1940

Email Address: rdpeters@rdpetersjr.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you a member of the court's general bar? ✔ Yes ☐ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Octoer 3, 2024

Attorney signature: S/ // R Delacy Peters Jr
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023