**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGGIO'S PIZZA, INC. )<br>)<br>Defendant. )<br>) | **Civil Action No. 1:24-cv-08910**<br>**Honorable Andrea R. Wood** |

## DEFENDANT REGGIO'S PIZZA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Reggio's Pizza Inc. ("Reggio's"), by and through its attorney, Anthony L. Schumann, hereby submits its unopposed motion for extension to answer or otherwise plead pursuant to Fed. R. Civ. P. 6(b) and states as follows:

1. On September 25, 2024, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") Filed its Complaint. (Doc. #1). Defendant is required to file and serve an answer or a motion under Rule 12 within 60 days from September 27, 2024 or by November 26, 2024. (Doc # 5).

2. Counsel for Defendant needs additional time to continue their investigation and research of the allegations of the Complaint in order to determine whether to file an answer or a motion.

3. Defendant has not previously requested an extension of time to file an answer or motion.

6. Defendant Reggio's respectfully moves for extension of time to file its answer or to otherwise plead.

7. Counsel for Defendant Reggio's has conferred with counsel for Plaintiff EEOC and the EEOC does not oppose an extension of time to answer or otherwise plead.

WHERFORE, Defendant Reggio's Pizza, Inc. respectfully requests an extension of time to file and serve an answer or a motion under Rule 12 until December 27, 2024.

Respectfully submitted,

*/s/Anthony L. Schumann*
Anthony L. Schumann
*Attorney for Reggio's Pizza Inc.*

Anthony L. Schumann – ARDC# 6189233
Anthony.Schumann@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
111 West Monroe Street, Suite 700
Chicago, Illinois 60603
Phone: (312) 566-0040
Fax: (312) 566-0041