# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

U.S. EQUAL EMPLOYMENT ) 
OPPORTUNITY COMMISSION, )
) Civil Action No. 1:24-cv-08910
) Honorable Andrea R. Wood
Plaintiff, )
)
v. )
)
REGGIO'S PIZZA, INC. )
)
Defendant. )

## DEFENDANT REGGIO'S PIZZA, INC.'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO SERVE FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES

Defendant, Reggio's Pizza Inc. ("Reggio's"), by and through its attorney, R Delacy Peters, Jr. hereby submits its unopposed motion for extension to serve Fed. R. Civ. P. 26(a)(1) initial disclosures pursuant to Fed. R. Civ. P. 6(b) and states as follows:

1. Pursuant to the Rule 26(f) conference herein, the parties agreed within the Initial Status Report to serve Rule 26 Fed. R. Civ. P. 6(b) initial disclosures 30 days after Reggio's Answer was filed. (Doc.#12) Reggio's filed their Answer on December 26, 2024 (Doc.#15) At the Initial Status Hearing the Court adopted the parties proposed case schedule and Reggio's was to serve Fed. R. Civ. P. 6(b) initial disclosures on January 27, 2025. (Doc #17)

2. Counsel for Defendant needs additional time to prepare and serve Reggio's Fed. R. Civ. P. 6(b) initial disclosures and requests an additional two weeks or until February 10, 2025.

3. Counsel for Defendant Reggio's has conferred with counsel for Plaintiff EEOC and the EEOC does not oppose an extension of time to serve Regio's Fed. R. Civ. P. 6(b) initial disclosures.

4. Defendant Reggio's respectfully moves for extension of time to serve its Fed. R. Civ. P. 6(b) initial disclosures.

WHERFORE, Defendant Reggio's Pizza, Inc. respectfully requests an extension of time to serve Fed. R. Civ. P. 6(b) initial disclosures until February 10, 2025.

                                              Respectfully submitted,

                                              */s/R Delacy Peters, Jr.*
                                              R Delacy Peters, Jr.
                                              *Attorney for Reggio's Pizza Inc.*

R Delacy Peters, Jr. – ARDC# 6202429
R Delacy Peters, Jr., Esq.
208 North Green Street
Chicago, Illinois 60607
rdpeters@rdpetersjr.com
Phone: (312) 871-1940