# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Equal Employment Opportunity Commission

                                                Plaintiff,

v.                                                                                Case No.: 1:24–cv–08910

                                                                               Honorable Andrea R. Wood

Reggio's Pizza, Inc.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

       MINUTE entry before the Honorable Andrea R. Wood: Defendant's unopposed motion for extension of time to serve Fed. R. Civ. P. 26(a)(1) initial disclosures [18] is granted. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 2/10/2025. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.