IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REGGIO'S PIZZA, INC.<br><br>Defendant. | Civil Action No. 1:24-cv-08910<br>Judge Andrea R. Wood |

## PLAINTIFF EEOC'S MOTION TO DISMISS EEOC LITIGATION

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") respectfully requests that the Court dismiss the EEOC's claim against Defendant Reggio's Pizza, Inc. in this action, on the terms set forth below, in light of recent Administration policy changes. In support of this motion, the EEOC states the following.

1.  On January 20, 2025, President Trump issued an Executive Order titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" ("the Order").

2.  On January 29, 2025, the Office of Personnel Management issued "Initial Guidance Regarding President Trump's Executive Order Defending Women" directing that all federal employees must comply with and take actions to effectuate the Order ("OPM Guidance").

3.  The EEOC's continued litigation of the claim in this action may be inconsistent with the Order and the OPM Guidance.

4.  The Aggrieved Individual informed the EEOC that she has retained her own counsel and intends to intervene.

5. On February 11, 2025, the EEOC sought Defendant's consent to this motion, but it has yet to reply.

For the foregoing reasons, the EEOC respectfully requests that the Court dismiss with prejudice the EEOC's claim on the following terms:

A. Dismissal of the EEOC's complaint shall be effective 30 days after the Court's ruling on this motion, to permit the Aggrieved Individual an opportunity to intervene in this action. *See* 42 U.S.C. §2000e-5(f)(1) ("The person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission . . . ."); however, dismissal of the EEOC's complaint will become effective immediately upon the filing of a complaint in intervention, if such filing occurs before the end of the 30 day period.

B. Each party to this action shall bear its own fees and costs with respect to the dismissed EEOC claim.

                                                Respectfully submitted,

                                                Christopher Lage
                                                Deputy General Counsel

                                                Gregory Gochanour
                                                Regional Attorney, Chicago District Office
                                                U.S. Equal Employment Opportunity Commission
                                                230 S Dearborn St., Ste. 2920
                                                Chicago, IL 60604
                                                312-872-9685
                                                gregory.gochanour@eeoc.gov

                                                _s/ Justin Mulaire_____
                                                Justin Mulaire
                                                Assistant Regional Attorney
                                                U.S. Equal Employment Opportunity Commission
                                                230 S. Dearborn St., Ste. 2920
                                                Chicago, IL 60604
                                                312-872-9666
                                                justin.mulaire@eeoc.gov