**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Equal Employment Opportunity Commission
                                                Plaintiff,

v.                                                                                     Case No.: 1:24−cv−08910
                                                                                         Honorable Andrea R. Wood

Reggio's Pizza, Inc.
                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff EEOC's motion to dismiss EEOC litigation [20] is set for a telephonic motion hearing on 3/5/2025 at 9:00 AM. The Court directs the Aggrieved Individual referenced in the Complaint to appear for the motion hearing, personally or through counsel, to provide her position on the motion and to inform the Court whether she intends to intervene. Plaintiff EEOC's counsel shall ensure that the Aggrieved Individual receives actual notice of this order. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.