# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Equal Employment Opportunity Commission
                                 Plaintiff,

v.                                          Case No.: 1:24–cv–08910
                                                           Honorable Andrea R. Wood

Reggio's Pizza, Inc.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

       MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 3/5/2025. As stated on the record, Plaintiff EEOC's motion to dismiss EEOC litigation [20] is entered and continued. The case schedule entered on 1/8/2025 [17] is vacated. The Court stays any further discovery. Attorney Bryan Wood appears as counsel for the Aggrieved Individual. Attorney Wood shall file his appearance on the docket within 48 hours. The Aggrieved Individual shall file their anticipated motion to intervene and motion for leave to proceed under a pseudonym by 4/4/2025. The Aggrieved Individual is granted leave to file the anticipated motion for leave to proceed under a pseudonym under seal. Responses to the anticipated motions shall be filed by 4/18/2025. As stated on the record, until the Court rules on the motion for the Aggrieved Individual to proceed under a pseudonym, all parties shall refrain from using the Aggrieved Individual's true name in any public filing or statement. In Court status and motion hearing set for 4/29/2025 at 10:00 AM in courtroom 2141. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.