## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Equal Employment Opportunity Commission
                                              Plaintiff,

v.                                                                                  Case No.: 1:24–cv–08910
                                                                                  Honorable Andrea R. Wood

Reggio's Pizza, Inc.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's unopposed motion for extension of time to respond to the Aggrieved Individual's motion for leave to proceed under a pseudonym [27] is granted. Responses to the motion shall be filed by 5/2/2025. In Court status and motion hearing set for 4/29/2025 is stricken and reset for 5/20/2025 at 11:00 AM in courtroom 2141. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.