**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AGGREIVED INDIVIDUAL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:24-cv-08910 |
| | ) | Honorable Andrea R. Wood |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REGGIO'S PIZZA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT REGGIO'S PIZZA, INC.'S
UNOPPOSED MOTION TO RESCHEDULE THE
SETTLEMENT CONFERENCE DATE
BEFORE MAGISTRATE JUDGE WEISMAN**

Defendant, Reggio's Pizza Inc. ("Reggio's"), by and through its attorney, R Delacy Peters, Jr. hereby submits its unopposed Motion to Reschedule the Settlement Conference Date before Magistrate Judge Weisman and states the following:

1.      Pursuant to Minute Order entered on May 6, 2026, the parties were scheduled to appear before the Honorable M. David Weisman on Monday June 29, 2026. (Doc #46)

2.      Counsel for Reggio's needs to reschedule that date based upon personal medical reasons.

3.      The parties have conferred and agreed to request that the date be rescheduled pursuant to this unopposed Motion to Reschedule the Settlement Conference.

4.      Counsels for the Aggrieved Individual and Reggio's are available to proceed with the Settlement Conference on the following dates in July and August 2026.

5.    The dates Counsel suggest to be reconciled with the court's availability are the weeks of weeks of July 20th, August 3rd and August 10th, 2026.

6.    Reggio's respectfully moves to reschedule the Settlement Conference.

WHERFORE, Defendant Reggio's Pizza, Inc. respectfully requests that this Honorable Court strike the date of June 29, 2026 and reschedule the Settlement Conference to a date acceptable to the parties and the Court, and for such other relief the Court deems just.

Respectfully submitted,

*/s/R Delacy Peters, Jr.*
R Delacy Peters, Jr.
*Attorney for Reggio's Pizza Inc.*

R Delacy Peters, Jr. – ARDC# 6202429
R Delacy Peters, Jr., Esq.
200 North Green Street, 3rd Floor
Chicago, Illinois 60607
rdpeters@rdpetersjr.com
Phone: (312) 871-1940