**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Aggrieved Individual, et al.

                              Plaintiff,

v.                                                              Case No.: 1:24–cv–08910
                                                                Honorable Andrea R. Wood

Reggio's Pizza, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 29, 2026:

    MINUTE entry before the Honorable M. David Weisman: Defendant's unopposed motion to reschedule the settlement conference date [47] is granted. The video settlement conference set for 6/26/26 is stricken and reset to 7/20/26 at 10:00 a.m. Plaintiff's settlement letter shall be delivered to Defendant on or before 7/6/26 and Defendant's settlement letter shall be delivered to Plaintiff on or before 7/13/26. Settlement letters are limited to 5 pages excluding attachments. The parties must also submit their respective letters by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM/ECF system. Parties shall confer and send ONE email to Weisman_Chambers@ilnd.uscourts.gov by 7/13/26, identifying the email addresses of the individuals who intend to participate in the settlement conference. The Court may have ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations are warranted. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.