## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Aggrieved Individual, et al.

                              Plaintiff,

v.                                                      Case No.: 1:24–cv–08910
                                                        Honorable Andrea R. Wood

Reggio's Pizza, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

     MINUTE entry before the Honorable Andrea R. Wood: Plaintiff–Intervenor Aggrieved Individual's unopposed motion to add counsel [50] is granted. Attorney Elizabeth Ricks is directed to file a formal appearance on the docket. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.